UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Timothy J. Wallender
                        Plaintiff,

v.                                                      Case No.: 1:14–cv–05879
                                                              Honorable Jorge L. Alonso

Wisconsin Central Ltd.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 27, 2015:

      MINUTE entry before the Honorable Jorge L. Alonso: Parties' joint motion to cancel the 3/4/15 hearing is granted. Status hearing previously set for 3/4/15 is stricken and reset to 4/21/15 at 9:30 a.m. If a stipulation to dismiss has been submitted in advance of that date, no one needs to appear on 4/21/15. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.