**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **Timothy Wallender,** | |
| Plaintiff, | Case No.  1:14-cv-05879 |
| v. | Honorable Jorge L. Alonzo |
| **Wisconsin Central, Ltd.,** | |
| Defendant. | |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Timothy Wallender and defendant Wisconsin Central Ltd., that all claims that Mr. Wallender asserted, or could have asserted, in this action may be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs.

Dated:  March 16, 2015

Respectfully submitted,

_____*s/William J. McMahon*_____

James L. Farina
Steven P. Garmisa
William J. McMahon
HOEY & FARINA, P.C
542 s. Dearborn St., Suite 200
Chicago, IL 60605
jfarina@hoeyfarina.com
sgarmisa@hoeyfarina.com
wmcmahon@hoeyfarina.com,

**Attorneys for Plaintiff Timothy Wallender**

Respectfully submitted,


By:   *s/Joseph D. Weiner*
      Attorneys for Defendant
      Wisconsin Central Ltd.

Adam C. Wit ARDC# 06230538
LITTLER MENDELSON, P.C.
321 North Clark Street
Suite 1000
Chicago, IL  60654
312.372.5520

Joseph D. Weiner MN# 0389181
LITTLER MENDELSON, P.C.
80 South 8th Street
Suite 1300
Minneapolis, MN 55402
612-313-7604

Dated: March 16, 2014

## CERTIFICATE OF SERVICE

I, Joseph D. Weiner, an attorney, certify that on March 16, 2015, I electronically filed the

foregoing ***Stipulation to Dismiss with Prejudice*** with the Clerk of the Court, using the CM/ECF

filing system, which will send electronic notification to the following:

William J. McMahon
HOEY & FARINA, P.C.
542 South Dearborn, Suite 200
Chicago, IL 60605

*s/Joseph D. Weiner*
Joseph D. Weiner

Firmwide:132308468.1 046769.1201